IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

JOHN DEREK GINSBERG,

Plaintiff,

v. Civil No. 01-96 (DSD/JMM)

GREAT LAKES HIGHER EDUCATION
GUARANTY CORPORATION

Defendant.

---

**STIPULATION AND ORDER FOR DISMISSAL**

---

**STIPULATION**

The parties, by and through the undersigned, hereby stipulate that the following Order may be entered in this action.

Dated this 15th day of February, 2001.

John Derek Ginsberg, Pro se
2216 Pleasant Ave. S., Apt. 102
Minneapolis, MN 55404

Dated this 13th day of February, 2001.

**MICHAEL BEST & FRIEDRICH LLP**

By: ______________________
Ian A. Pitz, SBN 23347X
One South Pinckney Street
P.O. Box 1806
Madison, WI 53701-1806
Telephone: (608) 257-3501

Attorneys for Great Lakes Higher Education
Guaranty Corporation

FILED FEB 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Upon the foregoing Stipulation,

IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice, without costs and attorneys fees and without further notice to any party.

Date this 26 day of February, 2001.

BY THE COURT

The Honorable David S. Doty
Judge of United States District Court
for the District of Minnesota

LET JUDGMENT BE ENTERED ACCORDINGLY.

Q:\CLIENT\96617\0044\B0050676